IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-588-JLK**

**GRYPHON HOLDINGS, LLC, d/b/a GRYPHON AIRLINES**,

  Plaintiff,

v.

**F. MAXIE CLONINGER, III,**

  Defendant.

## ORDER

Kane, J.

  Defendant's Motion to Dismiss or Alternatively to Transfer Action to the Western District of Arkansas (Doc. 2), is **DENIED**. Plaintiff's choice of forum in the first-filed action deserves favorable consideration in the absence of a showing of bad faith or extraordinary circumstances. I perceive neither and Defendant's suggestions to the contrary are so fact intensive as to require a mini-trial to sort out – which, of course, would obviate much of the basis for his Motion in the first instance.

  Plaintiff has substantial contacts with Colorado, none with Arkansas, and alleges the agreement is the product of a mediation occurring in Colorado. The mediator, Mr. Mirabella, may well be a witness in the dispute, and resides and practices law in Colorado. Plaintiff's accountants, also potential witnesses, are located in Colorado. As a

result, the convenience of witnesses who are not parties to this action is best served by maintaining jurisdiction in the District of Colorado.  The fact that one of the claims for relief is for declaratory judgment is not a persuasive reason to transfer when the gravamen of the complaint is for breach of contract.

Dated May 4, 2009.                                              **s/John L. Kane**
                                                           SENIOR U.S. DISTRICT JUDGE